UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michael & Roseann Roach

Case No.: 18-27796/JNP

Chapter: 7

Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __November 20, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
416 Frankford Avenue
Blackwood, NJ
FMV - $181,000.00

Liens on property:
Bank of America - $140,873.00
PNC Bank - $29,242.00

Amount of equity claimed as exempt:  $20,804.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee

Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27796-JNP
Michael Roach                                                         Chapter 7
Roseann Roach
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Oct 23, 2018
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
```
db/jdb         +Michael Roach,   Roseann Roach,   416 Fankford Avenue,    Blackwood, NJ 08012-4534
517740982      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                  El Paso, TX 79998)
517740983      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,    Tampa, FL 33634-2413
517740984      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,    Wilmington, DE 19899-8801
517740985       Capital Mangement Services LP,   681 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517740986      +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                  Saint Louis, MO 63179-0040
517740988      +Michael Roach,   249 Thunder Circle,   Bensalem, PA 19020-2156
517740989      +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,    Miamisburg, OH 45342-5433
517740991       Target,   Target Card Services,   Mail Stop NCB-0461,    Minneapolis, MN 55440
517740992      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank,   Pobox 5229,    Cincinnati, OH 45201)
517740993      ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,    DES MOINES IA 50328-0001
                 (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                  Greenville, SC 29606)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 00:19:08     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 00:19:05     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517740981      +E-mail/Text: ally@ebn.phinsolutions.com Oct 24 2018 00:18:09     Ally Financial,
                  Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
517740987      +E-mail/Text: mrdiscen@discover.com Oct 24 2018 00:18:11     Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
517743467      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 00:23:38     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517740990      +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2018 00:23:39     Synchrony Bank/Walmart,
                  Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                             TOTAL: 6
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
```
              Joseph  Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Joint Debtor Roseann  Roach jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Michael  Roach jjresq@comcast.net,  jjresq1@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```