**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Roach | Social Security number or ITIN   xxx–xx–4021 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Roseann Roach | Social Security number or ITIN   xxx–xx–7149 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–27796–JNP | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Roach

Roseann Roach

12/21/18

**By the court:**   Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Roach  
Roseann Roach  
    Debtors

Case No. 18-27796-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Dec 21, 2018  
                Form ID: 318      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.

```
db/jdb         +Michael Roach,    Roseann Roach,    416 Fankford Avenue,    Blackwood, NJ 08012-4534
517740983      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517740985       Capital Mangement Services LP,    681 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517740986      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517740988      +Michael Roach,    249 Thunder Circle,    Bensalem, PA 19020-2156
517740989      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
517740991       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QJDMARCHAND.COM Dec 22 2018 05:23:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517740981      +EDI: GMACFS.COM Dec 22 2018 05:23:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
517740982       EDI: BANKAMER.COM Dec 22 2018 05:23:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
517740984      +EDI: TSYS2.COM Dec 22 2018 05:23:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
517740987      +EDI: DISCOVER.COM Dec 22 2018 05:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517743467      +EDI: RMSC.COM Dec 22 2018 05:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517740990      +EDI: RMSC.COM Dec 22 2018 05:23:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517740992       EDI: USBANKARS.COM Dec 22 2018 05:23:00      Us Bank,    Pobox 5229,    Cincinnati, OH 45201
517740993       EDI: WFFC.COM Dec 22 2018 05:23:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606
                                                                                                TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:

```
              Joseph Marchand     jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Joint Debtor Roseann  Roach jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Michael  Roach jjresq@comcast.net, jjresq1@comcast.net
              Rebecca Ann Solarz     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```