Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–27796–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Roach | Roseann Roach |
| 416 Fankford Avenue | 416 Fankford Avenue |
| Blackwood, NJ 08012 | Blackwood, NJ 08012 |

Social Security No.:
    xxx–xx–4021                                    xxx–xx–7149

Employer's Tax I.D. No.:

---

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 28, 2018</u>                    <u>Jerrold N. Poslusny Jr.</u>
                                                    Judge, United States Bankruptcy Court